UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 8, 2006

2/15

No. 06-213
CR-95-5

In Re: BERNARD DONNELL SHERRILL

    Movant

---
O R D E R
---

    Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

    The Court denies the motion.

    Entered at the direction of Judge Hamilton with the concurrence of Judge Motz and Judge King.

                                For the Court,

                                /s/ Patricia S. Connor

                                      CLERK