# IN THE UNTIED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO: 3:95CR5

**UNTIED STATES OF AMERICA**

    vs.                                     **ORDER**

**BERNARD DONNELL SHERILL,**
**Defendant,**

_____

**THIS MATTER** is before the Court on Defendant's motion (Doc.# 940) for "reconsiderations" of sentence pursuant to 18 U.S.C.§ 3582(c)(2) and the Reduced sentence based upon Amendment 782 guidelines.

Defendant's motion was **GRANTED** for the reasons stated in the prior Court's Order (Doc. # 881) and the Presentence Investigation Report (Doc. # 880).

**IT IS SO ORDERED:**

Signed: February 5, 2015

Frank D. Whitney
Chief United States District Judge