IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO: 3:95CR5-8

UNTIED STATES OF AMERICA

vs.                                                    AMEND ORDER

BERNARD DONNELL SHERILL,
Defendant,

_____

**AMEND DOCUMENT # 945 TO READ AS FOLLOWS:**

**THIS MATTER** is before the Court on Defendant's motion (Doc.# 940) for "reconsiderations" of sentence pursuant to 18 U.S.C.§ 3582(c)(2) and the Reduced sentence based upon Amendment 782 guidelines.

The U. S. Probation Office is directed to prepare a Supplemental Presentence Investigation Report to determine whether any retroactive Amendments to the U. S. Sentencing Guidelines have any affect on the Defendant's original Sentencing Guideline range.

**IT IS SO ORDERED:**

Signed: February 5, 2015

Frank D. Whitney
Chief United States District Judge